ERIC C. KASTNER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | BANCHERO LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA 94303
Tel.:  (650) 320-9641
Fax:   (650) 320-9640

Attorneys for Plaintiff
DANIEL GRUMLEY

FILED
07 MAY 31 PM 3:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DANIEL GRUMLEY,

  Plaintiff,

v.

THE HIGHER GEAR GROUP, INC.

  Defendant.

Case No. C 07 2849

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

BY FAX

Pursuant to Civil Local Rules, rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 31, 2007

KASTNER | BANCHERO LLP

By: _____
Eric C. Kastner
Luis V. Garcia
Attorneys for Plaintiff
DANIEL GRUMLEY

1
CERTIFICATION OF INTERESTED ENTITLED OR PARTIES – Grumley v. The Higher Gear Group