Laura Stevens, Esq. (SBN 64643)
Attorney at Law
2831 Telegraph Ave.
Oakland, CA 94609
Telephone:  (510) 849-0381
Facsimile:   (510) 849-0382

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRUMLEY,<br>                    Plaintiff,<br>vs.<br>THE HIGHER GEAR GROUP,<br>                    Defendants. | Case No. C07-02849 JL<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

The parties hereto, by and between their attorneys, hereby stipulate that Defendant THE HIGHER GEAR GROUP ("THGG") has to and including July 9, 2007 to respond to the Complaint on file herein, which Complaint was filed and served on Defendant on May 31, 2007.

No other dates scheduled by this court are changed by this Stipulation.

IT IS SO STIPULATED

Dated: June 13, 2007

_____
Laura Stevens
Attorney for Defendant

Dated:  June 13, 2007

_____
Luis García
Attorney for Plaintiff

Stipulation for Extension of Time to Respond to Complaint 1

Grumley vs. THGG Case C07-02849 JL