Laura Stevens, Esq. (SBN 64643)
Attorney at Law
2831 Telegraph Ave.
Oakland, CA 94609
Telephone: (510) 849-0381
Facsimile: (510) 849-0382

Attorney for Defendant
THE HIGHER GEAR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>THE HIGHER GEAR GROUP, INC.<br><br>　　　　　　　　Defendant. | Case No. C07-02849 JL<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16) AND NONGOVERNMENTAL GOVERNMENT PARTY STATEMENT (F.R.Civ.P. 7.1) |

　　　　Pursuant to Civil Local Rule 3-16 Defendant THE HIGHER GEAR GROUP, INC. ("Defendant"), hereby certifies that there are no other persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

　　　　Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Defendant hereby certifies that there is no parent corporation and no publicly held corporation that

1  owns 10% or more of its stock.

2

3

4  Dated: July 9, 2007

                                                  _____

5                                                    Laura Stevens
Attorney for Defendant/Counter-Plaintiff
THE HIGHER GEAR GROUP, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16) AND
NONGOVERNMENTAL GOVERNMENT PARTY STATEMENT (F.R.Civ.P. 7.1)
Grumley vs. THGG Case C07-02849 JL