1  ERIC C. KASTNER (SBN 53858)
   LUIS V. GARCIA (SBN 154861)
2  KASTNER | BANCHERO LLP
   2465 E. Bayshore Rd., Ste. 405
3  Palo Alto, CA 94303
   Tel.:  (650) 320-9641
4  Fax:   (650) 320-9640

5  Attorneys for Plaintiff
   DANIEL GRUMLEY
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | DANIEL GRUMLEY,              | Case No. C07-02849 JL
13 |          Plaintiff,          | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
14 | v.                           |
15 | THE HIGHER GEAR GROUP, and DOES 1 through 99, inclusive, |
16 |          Defendants.         |
17 |                              |
18

19

20     The parties hereto, by and between their attorneys, hereby stipulate that Plaintiff and

21 Counter Defendant, DANIEL GRUMLEY ("Grumley") has to and including August 13, 2007 to

22 respond to the Answer, Affirmative Defenses and Counter-claims (the "Counter-claims") of THE

23 HIGHER GEAR GROUP on file herein, which Counter-claims was filed and served on Grumley

24 on July 9, 2007.

25     No other dates scheduled by this court are changed by this Stipulation.

26

27

28

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No. C07-02849 JL

1  IT IS SO STIPULATED

2

3  Dated: July 19 2007

4

5

6

7

8  Dated: July 16, 2007

*Laura Stevens*
Digitally signed by Laura Stevens
DN: CN = Laura Stevens, C = US
Date: 2007.07.19 10:48:22 -07'00'

Laura Stevens
Attorney for Defendant and
Counter Claimant,
THE HIGHER GEAR GROUP

Luis Garcia
Attorney for Plaintiff and
Counter Defendant,
DANIEL GRUMLEY

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No. C07-02849 JL

**PROOF OF SERVICE**

I am over eighteen years old, not a party in this litigation, and my business address is 2465 E. Bayshore Road, Suite 405, Palo Alto, California 94303. On July 19, 2007, I caused to be served a true copy of the attached on the parties in said action as follows:

*STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT*

**X**    (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said documents will be deposited with the United States Post Office mailbox at Palo Alto, California, addressed as follows:

(BY OVERNIGHT DELIVERY/FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, with delivery fees prepaid, deposited with the authorized overnight/Federal Express carrier/box at Palo Alto, California, addressed as follows:

(BY PERSONAL SERVICE) by causing to be personally delivered by hand and leaving a true copy with the person(s) named below and/or a person having charge of the office at the address shown below:

(BY FACSIMILE) by transmitting the foregoing document(s) by facsimile to the party(ies) identified below by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

(BY ELECTRONIC TRANSMISSION) by transmitting the foregoing document(s) by electronic transmission to the party(ies) identified below by using the email addresses as indicated. Said transmission(s) were verified as complete and without error.

Laura Stevens, Esq.
Law Offices of Laura Stevens
2831 Telegraph Avenue
Oakland, CA 94609

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Palo Alto on July 19, 2007.

_Alfreda L. Hines_
Alfreda L. Hines