UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRUMLEY,

        Plaintiff(s),

v.

HIGHER GEAR GROUP, INC.,

        Defendant(s).

No. C 07-02849 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Aug 7 2007

Signature: [signed]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")