```
Laura Stevens, Esq. (SBN 64643)
Attorney at Law
2831 Telegraph Ave.
Oakland, CA 94609
Telephone:  (510) 849-0381
Facsimile:   (510) 849-0382

Attorney for Defendant
THE HIGHER GEAR GROUP, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>THE HIGHER GEAR GROUP, INC.<br><br>　　　　　　　　　　Defendant. | Case No. C07-02849 JL<br><br>**NOTICE OF UNAVAILABILITY** |

　　　　NOTICE IS HEREBY GIVEN that Laura Stevens, Counsel for Defendant/CounterPlaintiff THE HIGHER GEAR GROUP, INC., is out of the country and unavailable for the periods of September 6 to 27, 2007 and January 10 to February 15, 2008.

　　　　An attorney who seeks to take advantage of the absence of opposing counsel by purposefully and deliberately scheduling hearings and appearances during the period of absence may be sanctioned by the court. *Tenderloin* Housing *Clinic, Inc. v. Sparks* (1992) 8 Cal. App. 4th 299, 10 Cal. Rptr. 2d 371.

/ / /

1

**NOTICE OF UNAVAILABILITY**
Grumley vs. THGG Case C07-02849 JL

1  Dated: August 10, 2007    _____
                              Laura Stevens
2                             Attorney for Defendant/Counter-Plaintiff
                              THE HIGHER GEAR GROUP, INC.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

**NOTICE OF UNAVAILABILITY**
Grumley vs. THGG Case C07-02849 JL