UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRUMLEY

CASE NO. CV 07-02849 SI

Plaintiff(s),

v.

THE HIGHER GEAR GROUP, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6) (unless the parties subsequently agree to private mediation only)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
✓   Private ADR (please identify process and provider) Mediation by JAMS (unless parties agree to another provider)

The parties agree to hold the ADR session by:
✓   the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

    other requested deadline _____

Dated: Aug. 14, 2007

Attorney for Plaintiff
ERIC C. KASTNER

Dated: Aug. 14, 2007

Laura Stevens (Digitally signed by Laura Stevens, DN: CN = Laura Stevens, C = US, Date: 2007.08.14 18:00:40 -07'00')
Attorney for Defendant
LAURA STEVENS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation (unless the parties agree to private mediation only)
✓    Private ADR (mediation)

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____                        _____

                                                      UNITED STATES DISTRICT    JUDGE