IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRUMLEY,    No. C 07-02849SI

    Plaintiff,    **NOTICE**

v.

HIGHER GEAR GROUP INC.,

    Defendant.
                                           /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case conference has been schedule to occur on Friday, September 21, 2007, at 2:00 p.m.

Dated: August 17, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk