1  Laura Stevens, Esq. (SBN 64643)
   Attorney at Law
2  2831 Telegraph Ave.
   Oakland, CA 94609
3  Telephone: (510) 849-0381
   Facsimile: (510) 849-0382
4
5  Attorney for Defendants

6
                UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8
9  DANIEL GRUMLEY,                    Case No. C07-02849 SI

10                                    STIPULATION FOR FILING OF FIRST
              Plaintiff,               AMENDED ANSWER
11     vs.

12
   THE HIGHER GEAR GROUP,
13
              Defendants.
14

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective attorneys of record that that Defendant and Counterclaimant THE

18 HIGHER GEAR GROUP ("Defendant") may file a First Amended Answer,

19 Affirmative Defenses and Counterclaims ("First Amended Answer"), in order to

20 respond to new allegations and counterclaims contained in Plaintiff and

21 Counterdefendant Daniel Grumley's ("Plaintiff") Reply to Counterclaim, and

22 Plaintiff's Counterclaims. A copy of Defendant's First Amended Answer is attached

23 hereto.

24
25

STIPULATION FOR FILING OF FIRST AMENDED ANSWER
Grumley vs. THGG Case C07-02849 SI

1   IT IS FURTHER STIPULATED that the Plaintiff waives notice and service of
2   the First Amended Answer and shall not be required to file an amended Reply to the
3   answer, and that all denials, responses and affirmative defenses contained in the
4   Reply filed by Plaintiff shall be responsive to the First Amended Answer.
5   IT IS SO STIPULATED
6   Dated: September 4, 2007

Laura Stevens
Digitally signed by Laura Stevens
DN: CN = Laura Stevens, C = US
Date: 2007.09.04 14:21:58 -07'00'

7   Laura Stevens
    Attorney for Defendant
8
9   Dated: September   , 2007

    Luis Garcia
10  Attorney for Plaintiff

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER**
Grumley vs. THGG Case C07-02849 SI