Laura Stevens, Esq. (SBN 64643)
Attorney at Law
2831 Telegraph Ave.
Oakland, CA 94609
Telephone: (510) 849-0381
Facsimile: (510) 849-0382

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>THE HIGHER GEAR GROUP,<br><br>                Defendants. | Case No. C07-02849 SI<br><br>STIPULATION FOR FILING OF FIRST AMENDED ANSWER |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that that Defendant and Counterclaimant THE HIGHER GEAR GROUP ("Defendant") may file a First Amended Answer, Affirmative Defenses and Counterclaims ("First Amended Answer"), in order to respond to new allegations and counterclaims contained in Plaintiff and Counterdefendant Daniel Grumley's ("Plaintiff") Reply to Counterclaim, and Plaintiff's Counterclaims. A copy of Defendant's First Amended Answer is attached hereto.

**STIPULATION FOR FILING OF FIRST AMENDED ANSWER**
Grumley vs. THGG Case C07-02849 SI

1  IT IS FURTHER STIPULATED that the Plaintiff waives notice and service of
2  the First Amended Answer and shall not be required to file an amended Reply to the
3  answer, and that all denials, responses and affirmative defenses contained in the
4  Reply filed by Plaintiff shall be responsive to the First Amended Answer.
5  IT IS SO STIPULATED

6  Dated: September 4, 2007  Laura Stevens  *Digitally signed by Laura Stevens*
 *DN: CN = Laura Stevens, C = US*
 *Date: 2007.09.04 14:21:58 -07'00'*
7  Laura Stevens
   Attorney for Defendant
8
9  Dated: September   , 2007
10  Luis Garcia
    Attorney for Plaintiff



STIPULATION FOR FILING OF FIRST AMENDED ANSWER
Grumley vs. THGG Case C07-02849 SI