IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIGHER GEAR GROUP INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 07-02849 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 14, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 23, 2008.

DESIGNATION OF EXPERTS: 7/7/08; REBUTTAL: 7/15/08.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 31, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by May 23, 2008;

　　Opp. Due June 6, 2008;  Reply Due June 13, 2008;

　　and set for hearing no later than June 27, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 19, 2008 at 3:30 PM.

JURY TRIAL DATE: September 2, 2008 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By October 1, 2008, counsel shall inform the Court of the name of the mediator and the date of the session.  Counsel have agreed to participate in private mediation by November 14, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge