**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/21/07

Case No.   C-07-2849SI          Judge:   SUSAN ILLSTON

Title: DANIEL GRUMLEY -v- HIGHER GEAR GROUP

Attorneys: E. Schuermann     J. Fahey

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **12/14/07    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **6/27/08    @ 9:00 a.m.**   for Motions
(Motion due **5/23/08**, Opposition **6/6/08** Reply **6/13/08**)

Case continued to **8/19/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **9/2/08   @ 8:30 a.m.**  for Trial ( Jury:5  Days)
Discovery Cutoff: 5/23/08  Designate Experts by: 7/7/08, Rebuttal Experts:7/15/08, Expert Discovery Cutoff:7/31/08

ORDERED AFTER HEARING:
By October 1, 2008, counsel shall inform the Court of the name of the mediator and the date of the session.  Counsel have agreed to participate in private mediation by 11/14/07.