ERIC C. KASTNER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | BANCHERO LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA 94303
Tel.:   (650) 320-9641
Fax:   (650) 320-9640

Attorneys for Plaintiff
DANIEL GRUMLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>THE HIGHER GEAR GROUP, and DOES 1 through 99, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV 07-02849 SI<br><br>**NOTICE OF UNAVAILABILITY** |

NOTICE IS HEREBY GIVEN that Luis V. Garcia, Esq., Counsel for Plaintiff/Counter-Defendant/Counter-Claimant DANIEL GRUMLEY is unavailable for the period of October 26, 2007 through and including November 5, 2007.

An attorney who seeks to take advantage of the absence of opposing counsel by purposefully and deliberately scheduling hearings and appearances during the period of absence may be sanctioned by the court. *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299, 10 Cal.Rptr.2d 371.

Dated:  October 11, 2007                     KASTNER | BANCHERO LLP


                                                         By:
                                                                  Luis V. Garcia
                                                         Attorneys for Plaintiff DANIEL GRUMLEY

1