ERIC C. KASTNER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | BANCHERO LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA  94303
Tel.:   (650) 320-9641
Fax:    (650) 320-9640

Attorneys for Plaintiff
DANIEL GRUMLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE HIGHER GEAR GROUP, and DOES 1 through 99, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV 07-02849 SI<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE SUSAN ILLSTON AND TO THE CLERK OF THE COURT:

　　NOTICE IS HEREBY GIVEN that the parties, plaintiff, cross-defendant and cross-complainant, DANIEL GRUMLEY ("Grumley"), and defendant, cross-complainant and cross-defendant THE HIGHER GEAR GROUP, by and through their counsel of record, have recently settled the instant action and cross-actions in their entirety.  Grumley therefore anticipates that the parties will shortly file a Stipulation for Dismissal and Proposed Order Thereon.

Dated: November 29, 2007

　　　　　　　　　　　　　　　　　KASTNER | BANCHERO LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Eric C. Kastner
　　　　　　　　　　　　　　　　　　　Luis V. García
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　DANIEL GRUMLEY

1

**NOTICE OF SETTLEMENT** – Grumley v. The Higher Gear Group, No. CV 07-02849 SI