ERIC C. KASTNER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | BANCHERO LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA 94303
Tel.:   (650) 320-9641
Fax:   (650) 320-9640

Attorneys for Plaintiff and Counter-Defendant
DANIEL GRUMLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GRUMLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE HIGHER GEAR GROUP, and DOES 1 through 99, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-02849 SI<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

　　　　Plaintiff and Counter-Defendant DANIEL GRUMLEY, by and through his counsel, and Defendant and Counter-Claimant THE HIGHER GEAR GROUP, INC., by and through its counsel, stipulate that this matter has been resolved and, pursuant to that resolution, that this entire matter be, and hereby is DISMISSED WITH PREJUDICE.

　　　　This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: November 19, 2007.　　　　By: _Laura Stevens_ (Digitally signed by Laura Stevens, DN: CN = Laura Stevens, C = US, Date: 2007.11.19 10:52:05 -08'00')
　　　　　　　　　　　　　　　　　　Laura Stevens
　　　　　　　　　　　　　　　　　　Attorney for Defendant and Counter-Claimant
　　　　　　　　　　　　　　　　　　THE HIGHER GEAR GROUP, INC.

///

///

---

1

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** – Grumley v. The Higher Gear Group, Case No. CV 07-02849 SI

Dated: December 6, 2007.

KASTNER | BANCHERO LLP

By: _____
Eric C. Kastner
Luis V. Garcia
Attorneys for Plaintiff and Counter-Defendant
DANIEL GRUMLEY

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2007

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

2

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** – Grumley v. The Higher Gear Group, Case No. CV 07-02849 SI