1  ERIC C. KASTNER (SBN 53858)
   LUIS V. GARCIA (SBN 154861)
2  KASTNER | BANCHERO LLP
   2465 E. Bayshore Rd., Ste. 405
3  Palo Alto, CA  94303
   Tel.:   (650) 320-9641
4  Fax:   (650) 320-9640

5  Attorneys for Plaintiff and Counter-Defendant
   DANIEL GRUMLEY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GRUMLEY, | Case No.  CV 07-02849 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| THE HIGHER GEAR GROUP, and DOES 1 through 99, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counter-Defendant DANIEL GRUMLEY, by and through his counsel, and Defendant and Counter-Claimant THE HIGHER GEAR GROUP, INC., by and through its counsel, stipulate that this matter has been resolved and, pursuant to that resolution, that this entire matter be, and hereby is DISMISSED WITH PREJUDICE.

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED:  November 19, 2007.        By: _____
                                  Laura Stevens (Digitally signed by Laura Stevens, DN: CN = Laura Stevens, C = US, Date: 2007.11.19 10:52:05 -08'00')
                                  Laura Stevens
                                  Attorney for Defendant and Counter-Claimant
                                  THE HIGHER GEAR GROUP, INC.

///

///

---
1
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** – Grumley v. The Higher Gear Group, Case No. CV 07-02849 SI

Dated: December 6, 2007.

KASTNER | BANCHERO LLP

By: _____
Eric C. Kastner
Luis V. Garcia
Attorneys for Plaintiff and Counter-Defendant
DANIEL GRUMLEY

IT IS SO ORDERED.

DATED: __12/6_____, 2007

**ORDER**

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

2

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** – Grumley v. The Higher Gear Group, Case No. CV 07-02849 SI